UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HERMAN L. DIXON,

    Appellant,

V

RONALD O. CARLSON,

    Appellee..
_____/

3:15-cv-257-J-39JBT

SC15-298
DCA NO. 1D-14-0207
LC NO. 2013-CA-1219

## NOTICE OF APPEAL

**COMES NOW** Herman L. Dixon, appellant herein and files Notice of Appeall in the above captioned cause to this Honorable Court pursuant to **FRAP 4(a)**. Appeal includes the order entered by the Florida Supreme Court on February 26, 2015 and all lower Florida State Court proceedings.

                                                  /s/ Herman L. Dixon
                                                  Herman L. Dixon, In pro se
                                                  1402 Miller Street
                                                  Orange Park, Fl 32073
                                                  (313)433-0334

**Dated:  March 05, 2015**

FILED 2015 MAR -6 D 2: 25
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

### VERIFICATION

*Under penalty of perjury, I swear or declare that the foregoing statements are true and correct to the best o my knowledge and belief and I bring this Appeal in good faith.*

*/s/ Herman L. Dixon*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the foregoing was furnished to Daniel M. Copeland, Florida Bar No. 621595, attorney for Appellee, by placing same in an envelope with first class postage fully paid thereon and addressed to 9310 Old Kings Rd So, Ste 1501, Jacksonville, Fl 32257, on March 6, 2015.

*/s/ Herman L. Dixon*
Herman L. Dixon
In pro se
1402 Miller Street
Orange Park, FL 32073
(313) 433-0334
**/s/ readymix47@yahoo.com**

Dated: March 05, 2015

# Supreme Court of Florida

THURSDAY, FEBRUARY 26, 2015

CASE NO.: SC15-298
Lower Tribunal No(s).: 1D14-237;
102013CA001219
A001XX

HERMAN L. DIXON          vs.   RONALD O. CARLSON, ET AL.

Petitioner(s)                  Respondent(s)

Having determined that this Court is without jurisdiction, this case is hereby dismissed. See Jackson v. State, 926 So. 2d 1262 (Fla. 2006); Jenkins v. State, 385 So. 2d 1356 (Fla. 1980).

No motion for rehearing or reinstatement will be entertained by the Court.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

mh
Served:

DANIEL MARTIN COPELAND
HERMAN L. DIXON
HON. TARA S. GREEN, CLERK
HON. JON S. WHEELER, CLERK
HON. DON H. LESTER, JUDGE