# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

HERMAN L DIXON,

    Plaintiff,

v.                                           Case No. 3:15-cv-257-J-39JBT

RONALD O. CARLSON, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 21; Report) entered by the Honorable Joel B. Toomey, United States Magistrate Judge. The Report considers Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 12; Motion) and recommends that Plaintiff not be allowed to proceed on his Third Amended Complaint. The parties made no objections to the Report, and the time for so doing has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district judge is not required to conduct a *de novo* review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, a district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper–Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the factual and legal conclusions of the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Doc. 21) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 12) is **DENIED**.

3. This case is **DISMISSED without prejudice**. The Clerk of the Court shall terminate any pending motions and close this file.

**DONE** and **ORDERED** in Jacksonville, Florida this 13th day of January, 2016.

BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Unrepresented Parties